(February 14, 1980)

■ In the Matter of MARIE CUNNINGHAM, Appellant, v DANIEL W. JOY, as Commissioner of the Housing Preservation and Development Administration, Office of Rent and Housing Maintenance, Division of Rent Control, Respondent, and GRACE KING, Intervenor-Respondent.—Judgment, Supreme Court, New York County, entered on September 19, 1979, unanimously affirmed, without costs and without disbursements, for the reasons stated by Gabel, J., at Special Term. Concur—Murphy, P. J., Birns, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA BENNETT, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 5, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Markewich and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOAQUIN NIEVES, Appellant.—Judgment, Supreme Court, New York County, rendered on February 14, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Markewich and Bloom, JJ.

■ MOHAMED SHAWKAT, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Determination of the respondent the State Human Rights Appeal Board, dated May 5, 1978, unanimously confirmed, without costs and without disbursements. For purposes of this proceeding the record before this court is deemed to be complete. No opinion. Concur—Murphy, P. J., Birns, Markewich and Bloom, JJ.